UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | **24 Mag. 4316** |
| VALKAR SINGH, | |
| Defendant. | |

      Upon the application of the United States of America and the affirmation of Justin Horton, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 21 U.S.C. § 846, in a complaint dated December 13, 2024, and was arrested on December 12, 2024;

      It is further found that the defendant was presented before Magistrate Judge Tarnofsky in this District on December 13, 2024, and was ordered released on bail with certain conditions;

      It is further found that on or about January 3, 2025, U.S. Magistrate Robert W. Lehrburger entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have to be filed in this case until February 2, 2025.

      It is further found that Michael Arthus, Esq., counsel for defendant, and Assistant United States Attorneys William C. Kinder and Justin Horton have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically

consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until March 4, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney William C. Kinder be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
January 27, 2025

_____
UNITED STATES MAGISTRATE JUDGE