UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VALKAR SINGH,<br><br>Defendant. | Affirmation in Support of Application for Order of Continuance<br><br>24 Mag. 4316 |

State of New York            )
County of New York          : ss.:
Southern District of New York )

      William C. Kinder, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.     I am an Assistant United States Attorney in the Office of Danielle R. Sassoon, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.     The defendant was charged in a complaint dated December 13, 2024, with violations of 21 U.S.C. § 846. The defendant was arrested on December 12, 2024, and was presented in this District before Magistrate Judge Tarnofsky on December 13, 2024, at which proceeding the defendant was represented by Michael Arthus, Esq., and ordered released on bail with certain conditions.

      3.     At the presentment on December 13, 2024, a preliminary hearing was scheduled for January 3, 2025. Under the Speedy Trial Act, the Government had until January 13, 2025, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. On or about January 3, 2025, U.S. Magistrate Judge Robert W. Lehrburger entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have to be filed in this case until February 2, 2025.

5. On or about January 27, 2025, U.S. Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have to be filed in this case until March 4, 2025.

6. Defense counsel and the Government have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before March 4, 2025.

7. Therefore, the Government requests a 30-day continuance until April 3, 2025, to continue the foregoing discussions toward resolving this matter. On February 28, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to April 3, 2025, and has specifically consented to this request.

8. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

9. Andrew Dember, Deputy Chief of the Criminal Division, has approved this application.

Dated: New York, New York
February 28, 2025

_/s/_____
William C. Kinder
Assistant United States Attorney
212-637-2394